IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO. 4:12CR00022-002 SWW | |
| JOHNATHAN WHITELOW | | DEFENDANT |

## ORDER

The above entitled cause came on for hearing on government's superseding petition [doc #62] to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, testimony and statements on the record, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **SIX (6) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at FCI Forrest City, Arkansas.

There will be **NO** supervised release to follow.

The defendant shall report to the U. S. Marshal Service for transport to designated facility by *noon on Monday, September 21, 2015.*

IT IS SO ORDERED this 20th day of August 2015.

/s/Susan Webber Wright

United States District Judge